# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 06-405 JMR/JJG |
| | Date: July 30, 2007 |
| Timothy Russell Majchrzak, Defendant. | Court Reporter: Dawn Hansen |
| | Time Commenced: 2:08 p.m. |
| | Time Concluded: 2:29 p.m. |
| | Time in Court: 21 Minutes |

Before James M. Rosenbaum, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

   For Plaintiff:     Erica MacDonald
   For Defendant:  John Lind  :  Retained

:  **Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 70 months | | 3 years | | |

:  Special conditions of :

**See J&C for special conditions**

:  Defendant sentenced to pay:
   :  Special assessment in the amount of $100.00 to be paid .

:  Plea and plea agreement accepted.
:  Defendant to voluntarily surrender by October 1, 2007.

s/Heather Labat<br>Calendar Clerk